IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| YOLANDA WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:07-CV-0561-M |
| v. | § | |
| | § | |
| CINTAS CORPORATION, et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Jeff Kaplan made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings and Recommendation of the United States Magistrate Judge. To the extent that the document entitled "Plaintiff's Original Complaint Modified with Motion to Amend in Objection of the Recommended Disposition," seeks to amend to "cure" the basis for the recommendation, it does not do so, and therefore the Motion to Amend is **DISMISSED**.

**SO ORDERED** this 2nd day of May, 2007.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE

1